IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. B-06-801-01-S1 |
| ELOY SANCHEZ GUERRERO | § | |

## OPINION & ORDER

BE IT REMEMBERED that on November 9, 2006, the Court **STRUCK** Defendant's Second Amended Motion to Appear Pro Hac Vice. Dkt. No. 96.

Defendant's motion is virtually identical to Defendant's previous motion. *Compare id.*, *with* Dkt. No. 83. Furthermore, the Court has already granted Defendant's previous motion, and Shannon B. Baldwin has already been admitted for the purpose of appearing as counsel in this case. Dkt. No. 94. Therefore, the Court **STRIKES** Defendant's Second Amended Motion to Appear Pro Hac Vice as redundant. Dkt. No. 96.

DONE at Brownsville, Texas, this 9 day of November, 2006.

Hilda G. Tagle
United States District Judge