# SEALED RECORD

CASE NO. 1:06cr801-S3-01
INSTRUMENT NO. _____

USA v. Elroy Auckley Puentes

United States District Court
Southern District of Texas
FILED
AUG 14 2007
Michael N. Milby, Clerk of Court

TABLE OF CONTENTS:

Plea Agreement filed 8/14/07

SEALED ORDER
AND M...