UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-06-801 |
| **ELOY SANCHEZ-GUERRERO** | § | |

### ORDER

Government's Motion to Unseal the Plea Agreement for the limited purpose of providing a copy to defendant **ELOY SANCHEZ-GUERRERO**, for completion of his FOIA request is hereby GRANTED. The United States asks that the motion and the plea agreement remain sealed in all other respects.

Done in \_\_\_\_Brownsville\_\_\_\_, Texas, this the \_\_13th\_\_ day of December, 2013.

_____
HILDA G. TAGLE, SENIOR
UNITED STATES DISTRICT JUDGE